United States District Court
Southern District of Texas
**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| YESENIA MARISOL BELTRAN-GOMEZ,<br>Petitioner, | § § § § § | CIVIL ACTION NUMBER<br>4:26-cv-02341 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| KRISTI NOEM, *et al*,<br>Respondents. | § § | |

### FINAL JUDGMENT

The petition for writ of *habeas corpus* is DENIED for the reasons stated in the order entered this same date. Dkt 6.

This action is DISMISSED WITH PREJUDICE.

The Clerk of Court is DIRECTED to close the case.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on April 6, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge