United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| YESENIA MARISOL BELTRAN-GOMEZ, Petitioner, | § § § § § | CIVIL ACTION NUMBER 4:26-cv-02341 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| PAMELA BONDI, *et al*, Respondents. | § § | |

**ORDER**

Pending is a motion by the Government for summary judgment to dismiss the petition for writ of *habeas corpus* by Petitioner Yesenia Marisol Beltran-Gomez Dkt 8.

Petitioner has previously filed a notice of dismissal of her claims. Dkt 5. Prior order thus entered denying the petition and dismissed this action with prejudice. Dkt 6 at 2; see also Dkt 7 (final judgment).

The motion by the Government for summary judgment is DENIED AS MOOT. Dkt 8.

SO ORDERED.

Signed on ____June 03, 2026____ , at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge